**UNITED STATES of America, Appellee,**

v.

**Edward Thomas KOCH, Appellant.**

No. 09–1348.

United States Court of Appeals, Eighth Circuit.

Submitted: May 19, 2009.

Filed: June 10, 2009.

Daniel C. Tvedt, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Jane Kelly, Assistant, Federal Public Defender's Office, Cedar Rapids, IA, for Appellant.

Edward Thomas Koch, Pekin, IL, pro se.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Edward Thomas Koch appeals the sentence the district court[1] imposed after revoking his supervised release. Upon review, we conclude that Koch's revocation sentence of 5 months in prison and 24 months of supervised release is not unreasonable. *See United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (revocation sentences are reviewed for unreasonableness). First, the 5–month prison term did not exceed the statutory maximum authorized for Koch's underlying Class C felony, *see* 18 U.S.C. § 3583(e)(3) (maximum prison term upon revocation of supervised release is 2 years for Class C felony), and the total revocation sentence, including the supervised-release term, did not exceed the statutory maximum of 3 years, *see* 18 U.S.C. § 3583(b)(2) (maximum term of supervised release for Class C felony is 3 years), 3583(h) (length of supervised-release term imposed upon revocation may not exceed term of supervised release authorized for underlying offense, less any term of imprisonment imposed upon revocation). Second, the revocation sentence resulted from the district court's consideration of proper 18 U.S.C. § 3553(a) factors. *See* 18 U.S.C. § 3583(e) (specifying § 3553(a) factors courts must consider in revocation decision); *United States v. Nelson,* 453 F.3d 1004, 1006 (8th Cir.2006) (appellate court reviews revocation sentence to determine whether it is unreasonable in relation to, inter alia, advisory Guidelines range and § 3553(a) factors).

Accordingly, we affirm the judgment. We also grant counsel's motion to withdraw.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.